In the Matter of the Probate of the Will of JOHN L. REID, Deceased. ROBERT GARROW, Appellant; MARGARET M. EULLER et al., Respondents.

Submitted May 16, 1949; decided May 26, 1949.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 878.]